**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6461**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

JAMAL MITCHELL, a/k/a Boo,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:02-cr-00025-JCC-1)

_____

Submitted:  July 28, 2011          Decided:  August 2, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jamal Mitchell, Appellant Pro Se.   Thomas More Hollenhorst,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Mitchell appeals the district court's order denying his motion for return of property, pursuant to Fed. R. Crim. P. 41(g). We have reviewed the record and find no abuse of discretion. United States v. Chambers, 192 F.3d 374, 376 (3d Cir. 1999). Accordingly, we affirm for the reasons stated by the district court. See United States v. Mitchell, No. 1:02-cr-00025-JCC-1 (E.D. Va. Feb. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED